IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| Plaintiff, | : |
| vs. | : Case No. CR-2-06-40 |
| LEATHAN N. KHUN, | : |
| Defendant. | : |

## ORDER

The Honorable Algenon L. Marbley hereby recuses himself from the above-styled case.

This case is to be transferred back to the unassigned docket, and redrawn for assignment.

**IT IS SO ORDERED.**

ALGENON L. MARBLEY
UNITED STATES DISTRICT JUDGE

DATE: JUNE 19, 2006